IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| JONATHAN FIELDS, | ) |
|     Plaintiff, | ) ) ) |
| v. | ) NO. 3:23-cv-00124 ) JUDGE RICHARDSON |
| SOHO HOUSE NASHVILLE, LLC, | ) ) ) |
|     Defendant. | ) ) |

## ORDER

The Parties have signed and filed a joint stipulation of dismissal. (Doc. No. 26). Under Fed. R. Civ. P. 41(a)(1)(A)(ii), the Stipulation sufficed to dismiss this action without any action on the part of the Court. The Stipulation states that dismissal is with prejudice, and therefore under Rule 41(a)(1)(B), the dismissal is with prejudice. Accordingly, the Court acknowledges that this action has been **DISMISSED WITH PREJUDICE** effective as of the time of the filing of the Stipulation, and the Clerk is directed to close the file.

The Clerk of the Court is **DIRECTED** to enter final judgment under Federal Rule of Civil Procedure 58 and close the file.

IT IS SO ORDERED.

*Eli Richardson*
ELI RICHARDSON
UNITED STATES DISTRICT JUDGE