# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

Jonathan Fields

                              Plaintiff,

v.                                                    Case No.: 3:23–cv–00124


Soho House Nashville, LLC

                              Defendant,

## ENTRY OF JUDGMENT


     Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 1/5/2024 re [27].


                                        Lynda M. Hill
                              s/ Annecia L Donigan, Deputy Clerk